**FILED**

APR 1 8 2012

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF NORTH CAROLINA

## SOUTHERN DIVISON

| | |
|---|---|
| Anthony Peake ) | |
| ) | NO. **7:12-cv-99-BO** |
| v. ) | |
| ) | COMPLAINT |
| Onslow County Child Support ) | |
| Marlene Becker, and Policy ) | |
| Studies, Inc. ) | |

Plaintiff resides at:

P.O. Box 565

Jacksonville, NC 28546

Defendant(s) and address (es), if known:

Onslow County Child Support Agency, 3886 Henderson Drive Ext., Jacksonville, NC 28546;
Marlene Becker, 2886 Henderson Drive Ext., Jacksonville, NC 28546; Policy Studies, Inc.
1515 Wynkoop Street, Denver, CO 80202.

Jurisdiction of the court is based on:

The facts that the plaintiff (Anthony Peake) and defendant (Marlene Becker) reside in Onslow
County in the State of North Carolina. Defendants Onslow County Child Support Agency and
Policy Studies, Inc. conduct business in Onslow County, North Carolina. Finally, defendant
Policy Studies, Inc. home office is located in Denver, CO.

The acts complained of in this suit concern:

Policy Studies, Inc. was negligent in supplying defendants Onslow County Child Support
Agency and Marlene Becker(an officer of the agency) with incorrect employment information
stating that the plaintiff (Anthony Peake) was currently employed with Helping Hands which he

was no longer an employee.  On October 31, 2008, defendants Onslow County Child Support
and Marlene Becker, perjured themselves by stating on line 4 of the plaintiff's child support

order stating that the plaintiff is employed by Helping Hands and made a salary of $3.066.00 a month to gain a court order against the plaintiff for child support. On February 5, 2009 defendants Onslow County Child Support Agency and Marlene Becker, continue through their negligent actions by not correcting the issue even though the Plaintiff (Anthony Peake) informed them of the error and the plaintiff provided proof. During four other modification hearings both defendants Onslow County Child Support Agency and Marlene Becker, failed to correct the issue still even though the plaintiff (Anthony Peake) provided them with a confirmation letter stating that the plaintiff was terminated as of April 2, 2008 from his position with Helping Hands dated September 26, 2008. negligent actions along with the constant harassment and show cause hearings have caused the plaintiff (Anthony Peake) extreme emotional distress, lack of sleep, nervousness, depression, fear, high blood pressure, loss of business, home, vehicles, and storage.

The plaintiff seeks the following relief:

That the defendants are liable to the plaintiff jointly and severally, for the aforesaid damages which exceeds one hundred thousand dollars ($100,000). That the plaintiff recover or the defendants, jointly and severally, judgment for compensatory damages in an amount that exceeds one hundred thousand dollars ($100,000), plus compensation for mental anguish and loss of business earnings in the amount of four million dollars ($4,000,000.00). The cost of this action be taxed against the defendants. For such other and further relief as the Court deems just and proper.

WHEREFORE, having set forth this cause of action the plaintiff respectfully demands a jury trial.

_4-18-2012_
DATE

_Anthony Peake_
SIGNATURE OF PLAINTIFF

P.O. Box 565
Jacksonville, NC 28546
(804) 247-6161

_____
ADDRESS AND PHONE NUMBER OF PLAINTIFF