UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:12-cv-99-BO

| | |
|---|---|
| Anthony Peake, ) | |
|     Plaintiff, ) | |
| ) | |
|        v. ) | **JUDGMENT** |
| ) | |
| Onslow County Child Support, Marlene ) | |
| Becker, and Policy Studies, Inc. ) | |
|     Defendants. ) | |

**Decision by Court.** This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of Defendants' Motion to Dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants' Motion to Dismiss os GRANTED and this case is hereby DISMISSED.

**This Judgment Filed and Entered on June 12, 2012, and Copies To:**

Anthony Peake  (via U.S. Postal Service)

Christopher P. Galanek (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| June 12, 2012 | /s/ Julie A. Richards, |
| |     Clerk of Court |