UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:12-cv-99-BO

| | |
|---|---|
| Anthony Peake,<br>　　Plaintiff,<br><br>　　　　v.<br><br>Onslow County Child Support, Marlene<br>Becker, and Policy Studies, Inc.<br>　　Defendants. | **AMENDED<br>JUDGMENT** |

**Decision by Court.** This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of Defendants' Motion to Dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants' Motion to Dismiss is GRANTED and this case is hereby DISMISSED.

**This Judgment Filed and Entered on June 14, 2012, and Copies To:**

Anthony Peake  (via U.S. Postal Service)

Christopher P. Galanek (via CM/ECF Notice of Electronic Filing)

June 14, 2012　　　　　　　　/s/ Julie A. Richards,
　　　　　　　　　　　　　　　　　Clerk of Court